# United States Court of Appeals
## For the First Circuit

No. 21-1296

LIBAN ABDI ALI,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Howard, <u>Chief Judge</u>,
Thompson and Kayatta, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: June 7, 2021

Petitioner Liban Abdi Ali seeks a stay of removal pending the resolution of his petition for review. The administrative stay entered in accordance with Local Rule 18.0 has expired. Because petitioner has not made the required "strong showing that he is likely to succeed on the merits" of his petition, <u>Nken</u> v. <u>Holder</u>, 556 U.S. 418, 426 (2009), the request for a stay of removal is **DENIED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Susan Brooks Church
Edgar Loy Fankbonner
Michele Yvette Frances Sarko
OIL